THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR02-0066-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LYLE RICHARD COOPER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Lyle Richard Cooper's unopposed motion to unseal Docket Number 54 (Dkt. No. 58). Defendant's motion is GRANTED. Docket Number 54 is hereby UNSEALED. The Clerk is directed to send a copy of this order to Defendant.

DATED this 21st day of June 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk

MINUTE ORDER CR02-0066-JCC
PAGE - 1